**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-20438-CR-GAYLES**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**REINALDO FERNANDEZ, et. al.,**

    **Defendant.**

_____/

**UNOPPOSED MOTION TO CONTINUE TRIAL**

Undersigned counsel, joined by counsel for Daniel Torres, Javier Garcia-Mora, Michael Garcia, and Renier Mendez, hereby files this Unopposed Motion to Continue Trial for sixty (60) days and in support thereof states:

1. On October 1, 2025, Mr. Fernandez and eleven other co-defendants were charged by indictment with various drug trafficking offenses. DE:13

2. In this Court's Order Setting Trial Date, Calendar Call is scheduled for November 12, 2025 and trial is scheduled for the period beginning on November 17, 2025. DE:62

3. Undersigned counsel along with counsel that have joined this motion need additional time to review the extensive discovery in this case, which involves twelve total co-defendants.

4. Undersigned counsel has conferred with Assistant United States Attorney Daya Nathan and she has advised she has no objection to this motion.

5. Undersigned counsel attempted to confer with counsel for all other co-defendants, but has not yet received a response as to their position on this motion.

WHEREFORE, undersigned counsel respectfully requests that this Court grant this Unopposed Motion to Continue Trial in this matter for sixty (60) days.

> Respectfully submitted,
>
> HECTOR A. DOPICO
> FEDERAL PUBLIC DEFENDER
>
> BY:   /s/*Jean-Pierre Gilbert*
> Jean-Pierre Gilbert
> Assistant Federal Public Defender
> Special A Number: A5502879
> 150 West Flagler Street, Suite 1700
> Miami, Florida 33130-1556
> Tel: 305-530-7000
> Fax: 305-536-4559
> Jean-Pierre_Gilbert@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on November 10, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

> /s/*Jean-Pierre Gilbert*
> Jean-Pierre Gilbert