# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 25-CR-20438-GAYLES/SHAW-WILDER(s)**
**21 U.S.C. § 846**
**21 U.S.C. § 841(a)(1)**
**21 U.S.C. § 853**

**UNITED STATES OF AMERICA**

**v.**

**REINALDO FERNANDEZ,**
    **a/k/a "Bolo,"**
    **a/k/a "Rey,"**
**JAVIER GARCIA-MORA,**
**MICHEL GARCIA,**
    **a/k/a "Cassi Clay,"**
**RENIER MENDEZ,**
**ELVIS ALFONSO,**
**ALFREDO MIRANDA,**
**YANIEL CARDENAL FRIAS,**
**ALBERTO GONZALEZ,**
**JUAN MIGUEL TORNA ROJAS,**
**WILLIAM PADRON PEREZ,**
**RICARDO ORAMAS VALDES,**
**DANIEL GERARDO TORRES, and**
**JORGE VICTOR HERRERO GAMEZ,**

    **Defendants.**

_____/

FILED BY BM D.C.

Nov 12, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

## COUNT 1
### Conspiracy to Distribute a Controlled Substance
### (21 U.S.C. § 846)

Beginning at least as early as in or around September 2024, and continuing through on or about September 16, 2025, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**REINALDO FERNANDEZ,**
**a/k/a "Bolo,"**
**a/k/a "Rey,"**
**JAVIER GARCIA-MORA,**
**MICHEL GARCIA,**
**a/k/a "Cassi Clay,"**
**RENIER MENDEZ,**
**ELVIS ALFONSO,**
**ALFREDO MIRANDA,**
**YANIEL CARDENAL FRIAS,**
**ALBERTO GONZALEZ,**
**JUAN MIGUEL TORNA ROJAS,**
**WILLIAM PADRON PEREZ,**
**RICARDO ORAMAS VALDES,**
**DANIEL GERARDO TORRES, and**
**JORGE VICTOR HERRERO GAMEZ,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury, to distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

It is further alleged that the controlled substance involved in the conspiracy attributable to the defendants, **REINALDO FERNANDEZ, a/k/a "Bolo," a/k/a "Rey," JAVIER GARCIA-MORA, MICHEL GARCIA, a/k/a "Cassi Clay," RENIER MENDEZ, ELVIS ALFONSO, ALFREDO MIRANDA, YANIEL CARDENAL FRIAS,** and **JORGE VICTOR HERRERO GAMEZ,** as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A)(ii).

It is further alleged that the controlled substance involved in the conspiracy attributable to the defendants, **ALBERTO GONZALEZ, JUAN MIGUEL TORNA ROJAS, WILLIAM**

**PADRON PEREZ, RICARDO ORAMAS VALDES,** and **DANIEL GERARDO TORRES**, as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is five-hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B)(ii).

## COUNT 2
**Possession with Intent to Distribute a Controlled Substance**
**(21 U.S.C. § 841(a)(1))**

On or about September 24, 2024, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**REINALDO FERNANDEZ,**
**a/k/a "Bolo,"**
**a/k/a "Rey,"**
**MICHEL GARCIA,**
**a/k/a "Cassi Clay," and**
**ALBERTO GONZALEZ,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(ii), it is further alleged that this violation involved five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

## COUNT 3
**Possession with Intent to Distribute a Controlled Substance**
**(21 U.S.C. § 841(a)(1))**

On or about August 5, 2025, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**REINALDO FERNANDEZ,**
**a/k/a "Bolo,"**
**a/k/a "Rey,"**
**JUAN MIGUEL TORNA ROJAS, and**
**WILLIAM PADRON PEREZ,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(ii), it is further alleged that this violation involved five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

### COUNT 4
**Possession with Intent to Distribute a Controlled Substance**
**(21 U.S.C. § 841(a)(1))**

On or about August 27, 2025, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**REINALDO FERNANDEZ,**
**a/k/a "Bolo,"**
**a/k/a "Rey,"**
**ALFREDO MIRANDA,**
**YANIEL CARDENAL FRIAS, and**
**JORGE VICTOR HERRERO GAMEZ,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(ii), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

4

## COUNT 5
### Possession with Intent to Distribute a Controlled Substance
### (21 U.S.C. § 841(a)(1))

On or about September 11, 2025, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**REINALDO FERNANDEZ,**
**a/k/a "Bolo,"**
**a/k/a "Rey,"**
**JAVIER GARCIA-MORA,**
**RICARDO ORAMAS VALDES, and**
**DANIEL GERARDO TORRES,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(ii), it is further alleged that this violation involved five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

## COUNT 6
### Possession with Intent to Distribute a Controlled Substance
### (21 U.S.C. § 841(a)(1))

On or about September 16, 2025, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**REINALDO FERNANDEZ,**
**a/k/a "Bolo,"**
**a/k/a "Rey," and**
**JAVIER GARCIA-MORA,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(ii), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

## FORFEITURE ALLEGATIONS

1.      The allegations of this Superseding Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which any of the defendants, **REINALDO FERNANDEZ, a/k/a "Bolo," a/k/a "Rey," JAVIER GARCIA-MORA, MICHEL GARCIA, a/k/a "Cassi Clay," RENIER MENDEZ, ELVIS ALFONSO, ALFREDO MIRANDA, YANIEL CARDENAL FRIAS, ALBERTO GONZALEZ, JUAN MIGUEL TORNA ROJAS, WILLIAM PADRON PEREZ, RICARDO ORAMAS VALDES, DANIEL GERARDO TORRES,** and **JORGE VICTOR HERRERO GAMEZ**, have an interest.

2.      Upon a conviction of Title 21, United States Code, Sections 841 and/or 846, as alleged in this Superseding Indictment, the defendants shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense, pursuant to Title 21, United States Code, Section 853.

3.      The property directly subject to forfeiture as a result of the alleged offenses includes, but is not limited to, the following:

      (i)      Approximately $100,020 in U.S. currency;

      (ii)     Approximately $111,580 in U.S. currency;

      (iii)    Approximately $29,000 in U.S. currency;

(iv)    Approximately $204,280 in U.S. currency; and

(v)     Approximately $41,056 in U.S. currency.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

_____ FOR
JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

_____ for
DAYA NATHAN
ASSISTANT UNITED STATES ATTORNEY

_____ FOR
JEREMY FUGATE
ASSISTANT UNITED STATES ATTORNEY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**

**CASE NO.:** 25-CR-20438-GAYLES/SHAW-WILDER(s)

**v.**

REINALDO FERNANDEZ, et al.

**CERTIFICATE OF TRIAL ATTORNEY**

_____/

**Superseding Case Information:**

New Defendant(s) (Yes or No) Yes

Number of New Defendants   1

Total number of new counts   0

**Court Division** (select one)

[✓] Miami   [ ] Key West   [ ] FTP

[ ] FTL   [ ] WPB

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3. Interpreter: (Yes or No) Yes
   List language and/or dialect: Spanish

4. This case will take   10   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   I   [ ]   0 to  5 days

   II  [✓]   6 to 10 days

   III [ ]   11 to 20 days

   IV  [ ]   21 to 60 days

   V   [ ]   61 days and over

   (Check only one)

   [ ] Petty

   [ ] Minor

   [ ] Misdemeanor

   [✓] Felony

6. Has this case been previously filed in this District Court? (Yes or No) Yes
   If yes, Judge Darrin P. Gayles   Case No. 25-CR-20438

7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Judge Ellen Francis D'Angelo   Magistrate Case No. 25-MJ-04087

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge   Case No.

9. Defendant(s) in federal custody as of Herrero Gamez (October 30, 2025)

10. Defendant(s) in state custody as of

11. Rule 20 from the   District of

12. Is this a potential death penalty case? (Yes or No) No

13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No

14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

By: _____

DAYA NATHAN

Assistant United States Attorney

FL Bar No.        74392

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:   REINALDO FERNANDEZ, a/k/a "Bolo," a/k/a "Rey"**

**Case No:   25-CR-20438-GAYLES/SHAW-WILDER(s)**

Count #: 1

Conspiracy to Distribute a Controlled Substance

Title 21, United States Code, Section 846
* **Max. Term of Imprisonment:** Life Imprisonment
* **Mandatory Min. Term of Imprisonment:** 10 years' Imprisonment
* **Max. Term of Supervised Release:** Life
* **Mandatory Min. Term of Supervised Release:** 5 years
* **Max. Fine:** $ 10,000,000.00

Counts #: 2, 3, and 5

*Possession with Intent to Distribute a Controlled Substance*

Title 21, United States Code, Section 841(a)(1)
* **Max. Term of Imprisonment:** 40 Years' Imprisonment
* **Mandatory Min. Term of Imprisonment:** 5 years
* **Max. Term of Supervised Release:** Life
* **Mandatory Min. Term of Supervised Release:** 4 years
* **Max. Fine:**  $5,000,000.00

Counts #: 4 and 6

Possession with Intent to Distribute a Controlled Substance

Title 21, United States Code, Section 841(a)(1)
* **Max. Term of Imprisonment:** Life Imprisonment
* **Mandatory Min. Term of Imprisonment:** 10 years' Imprisonment
* **Max. Term of Supervised Release:** Life
* **Mandatory Min. Term of Supervised Release:** 5 years
* **Max. Fine:** $ 10,000,000.00

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:   JAVIER GARCIA-MORA**

**Case No:   25-CR-20438-GAYLES/SHAW-WILDER(s)**

Count #: 1

Conspiracy to Distribute a Controlled Substance

Title 21, United States Code, Section 846
* **Max. Term of Imprisonment:** Life Imprisonment
* **Mandatory Min. Term of Imprisonment:** 10 years' Imprisonment
* **Max. Term of Supervised Release:** Life
* **Mandatory Min. Term of Supervised Release:** 5 years
* **Max. Fine:** $ 10,000,000.00

Count #: 5

Possession with Intent to Distribute a Controlled Substance

Title 21, United States Code, Section 841(a)(1)
* **Max. Term of Imprisonment:** 40 Years' Imprisonment
* **Mandatory Min. Term of Imprisonment:** 5 years
* **Max. Term of Supervised Release**: Life
* **Mandatory Min. Term of Supervised Release:** 4 years
* **Max. Fine:**  $5,000,000.00

Count #: 6

Possession with Intent to Distribute a Controlled Substance

Title 21, United States Code, Section 841(a)(1)
* **Max. Term of Imprisonment:** Life Imprisonment
* **Mandatory Min. Term of Imprisonment:** 10 years' Imprisonment
* **Max. Term of Supervised Release:** Life
* **Mandatory Min. Term of Supervised Release:** 5 years
* **Max. Fine:** $ 10,000,000.00

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:   MICHEL GARCIA, a/k/a "Cassi Clay"**

**Case No:   25-CR-20438-GAYLES/SHAW-WILDER(s)**

Count #: 1

Conspiracy to Distribute a Controlled Substance

Title 21, United States Code, Section 846
* **Max. Term of Imprisonment:** Life Imprisonment
* **Mandatory Min. Term of Imprisonment:** 10 years' Imprisonment
* **Max. Term of Supervised Release:** Life
* **Mandatory Min. Term of Supervised Release:** 5 years
* **Max. Fine:** $ 10,000,000.00

Count #: 2

Possession with Intent to Distribute a Controlled Substance

Title 21, United States Code, Section 841(a)(1)
* **Max. Term of Imprisonment:** 40 Years' Imprisonment
* **Mandatory Min. Term of Imprisonment:** 5 years
* **Max. Term of Supervised Release**: Life
* **Mandatory Min. Term of Supervised Release:** 4 years
* **Max. Fine:**  $5,000,000.00

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:   RENIER MENDEZ** ___

**Case No:   25-CR-20438-GAYLES/SHAW-WILDER(s)**

Count #: 1

Conspiracy to Distribute a Controlled Substance

Title 21, United States Code, Section 846
* **Max. Term of Imprisonment:** Life Imprisonment
* **Mandatory Min. Term of Imprisonment:** 10 years' Imprisonment
* **Max. Term of Supervised Release:** Life
* **Mandatory Min. Term of Supervised Release:** 5 years
* **Max. Fine:** $ 10,000,000.00

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:  ELVIS ALFONSO**

**Case No:  25-CR-20438-GAYLES/SHAW-WILDER(s)**

Count #: 1

Conspiracy to Distribute a Controlled Substance

Title 21, United States Code, Section 846

* **Max. Term of Imprisonment:** Life Imprisonment
* **Mandatory Min. Term of Imprisonment:** 10 years' Imprisonment
* **Max. Term of Supervised Release:** Life
* **Mandatory Min. Term of Supervised Release:** 5 years
* **Max. Fine:** $ 10,000,000.00

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:   ALFREDO MIRANDA**

**Case No:   25-CR-20438-GAYLES/SHAW-WILDER(s)**

Count #: 1

Conspiracy to Distribute a Controlled Substance

Title 21, United States Code, Section 846
* **Max. Term of Imprisonment:** Life Imprisonment
* **Mandatory Min. Term of Imprisonment:** 10 years' Imprisonment
* **Max. Term of Supervised Release:** Life
* **Mandatory Min. Term of Supervised Release:** 5 years
* **Max. Fine:** $ 10,000,000.00

Count #: 4

Possession with Intent to Distribute a Controlled Substance

Title 21, United States Code, Section 841(a)(1)
* **Max. Term of Imprisonment:** Life Imprisonment
* **Mandatory Min. Term of Imprisonment:** 10 years' Imprisonment
* **Max. Term of Supervised Release:** Life
* **Mandatory Min. Term of Supervised Release:** 5 years
* **Max. Fine:** $ 10,000,000.00

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant's Name:   YANIEL CARDENAL FRIAS**

**Case No:   25-CR-20438-GAYLES/SHAW-WILDER(s)**

Count #: 1

Conspiracy to Distribute a Controlled Substance

Title 21, United States Code, Section 846
* **Max. Term of Imprisonment:** Life Imprisonment
* **Mandatory Min. Term of Imprisonment:** 10 years' Imprisonment
* **Max. Term of Supervised Release:** Life
* **Mandatory Min. Term of Supervised Release:** 5 years
* **Max. Fine:** $ 10,000,000.00

Count #: 4

Possession with Intent to Distribute a Controlled Substance

Title 21, United States Code, Section 841(a)(1)
* **Max. Term of Imprisonment:** Life Imprisonment
* **Mandatory Min. Term of Imprisonment:** 10 years' Imprisonment
* **Max. Term of Supervised Release:** Life
* **Mandatory Min. Term of Supervised Release:** 5 years
* **Max. Fine:** $ 10,000,000.00

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:  ALBERTO GONZALEZ**

**Case No:   25-CR-20438-GAYLES/SHAW-WILDER(s)**

Count #: 1

Conspiracy to Distribute a Controlled Substance

Title 21, United States Code, Section 846
* **Max. Term of Imprisonment:** 40 Years' Imprisonment
* **Mandatory Min. Term of Imprisonment:** 5 years
* **Max. Term of Supervised Release**: Life
* **Mandatory Min. Term of Supervised Release:** 4 years
* **Max. Fine:**  $5,000,000.00

Count #: 2

Possession with Intent to Distribute a Controlled Substance

Title 21, United States Code, Section 841(a)(1)
* **Max. Term of Imprisonment:** 40 Years' Imprisonment
* **Mandatory Min. Term of Imprisonment:** 5 years
* **Max. Term of Supervised Release**: Life
* **Mandatory Min. Term of Supervised Release:** 4 years
* **Max. Fine:**  $5,000,000.00

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant's Name:   JUAN MIGUEL TORNA ROJAS**

**Case No:   25-CR-20438-GAYLES/SHAW-WILDER(s)**

Count #: 1

Conspiracy to Distribute a Controlled Substance

Title 21, United States Code, Section 846
* **Max. Term of Imprisonment:** 40 Years' Imprisonment
* **Mandatory Min. Term of Imprisonment:** 5 years
* **Max. Term of Supervised Release:** Life
* **Mandatory Min. Term of Supervised Release:** 4 years
* **Max. Fine:** $5,000,000.00

Count #: 3

Possession with Intent to Distribute a Controlled Substance

Title 21, United States Code, Section 841(a)(1)
* **Max. Term of Imprisonment:** 40 Years' Imprisonment
* **Mandatory Min. Term of Imprisonment:** 5 years
* **Max. Term of Supervised Release:** Life
* **Mandatory Min. Term of Supervised Release:** 4 years
* **Max. Fine:** $5,000,000.00

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**  **WILLIAM PADRON PEREZ**

**Case No:**   **25-CR-20438-GAYLES/SHAW-WILDER(s)**

Count #: 1

Conspiracy to Distribute a Controlled Substance

Title 21, United States Code, Section 846
* **Max. Term of Imprisonment:** 40 Years' Imprisonment
* **Mandatory Min. Term of Imprisonment:** 5 years
* **Max. Term of Supervised Release**: Life
* **Mandatory Min. Term of Supervised Release:** 4 years
* **Max. Fine:**  $5,000,000.00

Count #: 3

Possession with Intent to Distribute a Controlled Substance

Title 21, United States Code, Section 841(a)(1)
* **Max. Term of Imprisonment:** 40 Years' Imprisonment
* **Mandatory Min. Term of Imprisonment:** 5 years
* **Max. Term of Supervised Release**: Life
* **Mandatory Min. Term of Supervised Release:** 4 years
* **Max. Fine:**  $5,000,000.00

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name:  **RICARDO ORAMAS VALDES**

Case No:  **25-CR-20438-GAYLES/SHAW-WILDER(s)**

Count #: 1

Conspiracy to Distribute a Controlled Substance

Title 21, United States Code, Section 846
* **Max. Term of Imprisonment:** 40 Years' Imprisonment
* **Mandatory Min. Term of Imprisonment:** 5 years
* **Max. Term of Supervised Release**: Life
* **Mandatory Min. Term of Supervised Release:** 4 years
* **Max. Fine:** $5,000,000.00

Count #: 5

Possession with Intent to Distribute a Controlled Substance

Title 21, United States Code, Section 841(a)(1)
* **Max. Term of Imprisonment:** 40 Years' Imprisonment
* **Mandatory Min. Term of Imprisonment:** 5 years
* **Max. Term of Supervised Release**: Life
* **Mandatory Min. Term of Supervised Release:** 4 years
* **Max. Fine:** $5,000,000.00

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:   DANIEL GERARDO TORRES**

**Case No:   25-CR-20438-GAYLES/SHAW-WILDER(s)**

Count #: 1

Conspiracy to Distribute a Controlled Substance

Title 21, United States Code, Section 846
* **Max. Term of Imprisonment:** 40 Years' Imprisonment
* **Mandatory Min. Term of Imprisonment:** 5 years
* **Max. Term of Supervised Release:** Life
* **Mandatory Min. Term of Supervised Release:** 4 years
* **Max. Fine:** $5,000,000.00

Count #: 5

Possession with Intent to Distribute a Controlled Substance

Title 21, United States Code, Section 841(a)(1)
* **Max. Term of Imprisonment:** 40 Years' Imprisonment
* **Mandatory Min. Term of Imprisonment:** 5 years
* **Max. Term of Supervised Release:** Life
* **Mandatory Min. Term of Supervised Release:** 4 years
* **Max. Fine:** $5,000,000.00

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:   JORGE VICTOR HERRERO GAMEZ**

**Case No:   25-CR-20438-GAYLES/SHAW-WILDER(s)**

Count #: 1

Conspiracy to Distribute a Controlled Substance

Title 21, United States Code, Section 846
* **Max. Term of Imprisonment:** Life Imprisonment
* **Mandatory Min. Term of Imprisonment:** 10 years' Imprisonment
* **Max. Term of Supervised Release:** Life
* **Mandatory Min. Term of Supervised Release:** 5 years
* **Max. Fine:** $ 10,000,000.00

Count #: 4

Possession with Intent to Distribute a Controlled Substance

Title 21, United States Code, Section 841(a)(1)
* **Max. Term of Imprisonment:** Life Imprisonment
* **Mandatory Min. Term of Imprisonment:** 10 years' Imprisonment
* **Max. Term of Supervised Release:** Life
* **Mandatory Min. Term of Supervised Release:** 5 years
* **Max. Fine:** $ 10,000,000.00

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**