UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-20438-GAYLES(s)

UNITED STATES OF AMERICA

v.

REINALDO FERNANDEZ,
    a/k/a "Bolo,"
    a/k/a "Rey,"
JAVIER GARCIA-MORA,
MICHEL GARCIA,
    a/k/a "Cassi Clay,"
RENIER MENDEZ,
ALFREDO MIRANDA,
YANIEL CARDENAL FRIAS,
ALBERTO GONZALEZ,
DANIEL GERARDO TORRES, and
JORGE VICTOR HERRERO GAMEZ,

    Defendants.
_____/

## GOVERNMENT'S SECOND RESPONSE TO
## THE STANDING DISCOVERY ORDER

The United States hereby files its second response to the Standing Discovery Orders entered in this case.[1] This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16.

The United States has made, or has made available, the following discovery productions to all Defendants. These productions are confidential and are subject to the Protective Orders [ECF Nos. 39, 68, 100, 112] entered in this case. Additionally, each Defendant's prior criminal record and Florida Driver and Vehicle Information Database record has been produced to their respective counsel.

---

[1] Orders were entered individually on various dates when Defendants appeared for their respective arraignments.

| Production Number | Date | General Summary of Contents |
|---|---|---|
| Production 1 - CONFIDENTIAL | October 23, 2025 and thereafter (based on arraignment dates) | DEA-6 Reports; ATF Report; Subpoena Returns; Search Warrants; Title III Applications and Orders; Title III Intercepts |
| Production 2 - CONFIDENTIAL | November 18, 2025 | Subpoena Returns; Laboratory Reports; Surveillance Operational Pictures and Videos; Administrative Subpoena Returns; Pole Camera Footage; DEA-6 Report |
| Production 3 - CONFIDENTIAL | December 10, 2025 (sent via email) | State A-Forms; Subpoena Return; Seizure Forms |
| Production 3 – Supplemental - CONFIDENTIAL | December 10, 2025 (made available for review) | PRTT and Ping (GPS) Data (approximately 78 DVDs); Pole Camera Footage (over 1 terabyte); Cellular Telephone Extractions for William Padron Perez, "M.C.," Reinaldo Fernandez (#1 and #2), Javier Garcia-Mora, Yaniel Cardenal Frias, and Renier Mendez (#1) |
| Production 3 – Supplemental 2 - CONFIDENTIAL | December 11, 2025 (made available for review) | Cellular Telephone Extraction for Renier Mendez (#2) |

In addition, on October 10, 2025, the United States sent, via secure email, to counsel for Defendant Yaniel Cardenal Frias discovery Bates labeled CARDENAL_00001 through CARDENAL_00039.

Please contact the undersigned Assistant United States Attorney if any documents or pages are missing.

The United States continues to collect evidence from investigating agencies and anticipates additional discovery productions to defense counsel.

Respectfully Submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: /s/ Daya Nathan
Daya Nathan
Assistant United States Attorney
Florida Bar No. 74392
United States Attorney's Office
99 NE 4th Street, 8th Floor
Miami, FL 33132
Tel.: 305-961-9147
Email: daya.nathan@usdoj.gov