UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-20438-CR-GAYLES

UNITED STATES OF AMERICA

v.

JAVIER GARCIA-MORA,
MICHEL GARCIA,
RENIER MENDEZ,
ELVIS ALFONSO,
ALFREDO MIRANDA,
YANIEL CARDENAL FRIAS,
ALBERTO GONZALEZ,
JUAN MIGUEL TORNA ROJAS,
WILLIAM PADRON PEREZ,
RICARDO ORAMAS VALDES,
DANIEL GERARDO TORRES,
JORGE VICTOR HERRERO GAMEZ,

    Defendants.

_____/

### ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL

**THIS CAUSE** came before the Court upon Defendants' Unopposed Motion to Continue Trial [ECF No. 131]. The Court has considered the Motion, and being otherwise fully advised, it is

**ORDERED AND ADJUDGED** that the Motion to Continue Trial is **GRANTED**. The interests of justice served by a continuance outweigh the interests of the public and the Defendant to a speedy trial. As a result, the period of delay resulting from this continuance C *i.e.*, from the date the Motion was filed, December 22, 2025, to and including the date trial commences C is excludable time under the Speedy Trial Act.  *See* 18 U.S.C. ' 3161(h)(7).

**THE ABOVE CAUSE** is hereby set for **Jury Trial** before the Honorable Darrin P. Gayles, United States District Judge, at **400 North Miami Avenue, Courtroom 11-1, Miami, Florida,** during the two-week trial period that begins on **May 4, 2026.** A calendar call will be held on **Wednesday April 29, 2026, at 9:30 a.m. Defendants are not required to appear for Calendar Call.** Counsel may appear via telephone at Calendar Call. Counsel shall enter their appearances telephonically using the following dial-in information: Dial-in Number **305-990-2559**; **ID; 374050271#**. Please dial in at least ten minutes before the Telephonic Calendar Call begins.

**DONE AND ORDERED** in Chambers at Miami, Florida, on December 26, 2025.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc:   counsel of record