# COURT MINUTES

Page 1

## Magistrate Judge Eduardo I. Sanchez

Atkins Building Courthouse - 6th Floor     Date: 1/5/2026     Time: 10:00 a.m.

Defendant: Reinaldo Fernandez     J#: 99937-012     Case #: 25-CR-20438-GAYLES(s)
AUSA: Jacob Koffsky     Attorney: AFPD; J.P. Gilbert
Violation: Conspiracy to Distribute a Controlled Substance; PWID a Controlled Substance
Proceeding: Arraignment on Superseding Indictment     CJA Appt:
Bond/PTD Held: ☐ Yes ☐ No     Recommended Bond:
Bond Set at: STIP- Pretrial Detention w/right to revisit     Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs
☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
☐ Random urine testing by Pretrial Services / Treatment as deemed necessary
☐ Refrain from excessive use of alcohol
☐ Participate in mental health assessment & treatment
☐ Maintain or seek full-time employment/education
☐ No contact with victims/witnesses
☐ No firearms
☐ Not to encumber property
☐ May not visit transportation establishments
☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
☐ Travel extended to: ___
☐ Other: ___

Language: Spanish

Disposition:
Brady Order Given

Reading of indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested.

Deft. Arraigned on Superseding Indictment.

☒ Defense ore tenus request for entry of Standing Discovery Order is GRANTED.

Brady Order Given

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE     Date:     Time:     Judge:     Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 10:07:03, 10:08:22     Time in Court: 3 minutes