UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-20438-GAYLES(s)

UNITED STATES OF AMERICA

v.

REINALDO FERNANDEZ,
   a/k/a "Bolo,"
   a/k/a "Rey,"

   Defendant.
_____/

## STIPULATED FACTUAL PROFFER

The United States of America, REINALDO FERNANDEZ ("Defendant"), and his undersigned counsel agree that, had this case proceeded to trial, the United States would have proven the following facts, among others, beyond a reasonable doubt:

Beginning at least as early as September 2024, and continuing through September 16, 2025, in Miami-Dade County, in the Southern District of Florida, the Defendant did knowingly and willfully combine, conspire, confederate, and agree with others to distribute and possess with intent to distribute more than fifty (50) but less than one-hundred and fifty (150) kilograms of cocaine, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(A) and 846.

Using investigatory techniques, including federally authorized wiretaps from May 16, 2025 through September 16, 2025, physical surveillance, and search warrants, the Drug Enforcement Administration and other law enforcement agencies established that, between at least September 2024 and September 2025, the Defendant conspired with co-defendants Javier Garcia-Mora, Michel Garcia, Renier Mendez, Elvis Alfonso, Alfredo Miranda, Yaniel Cardenal Frias, Jorge Victor Herrero Gamez, Alberto Gonzalez, Juan Miguel Torna Rojas, William Padron

Perez, Ricardo Oramas Valdes, Daniel Gerardo Torres, and other unindicted co-conspirators to distribute and possess with the intent to distribute kilogram quantities of cocaine on various dates. More specifically, Defendant bought cocaine from a Mexican drug cartel and sold it in South Florida. Defendant recruited and hired drivers whom he introduced to the Mexican drug cartel; the drivers transported narcotics and currency for the Defendant and others. Defendant also bought and sold cocaine from and to individuals in South Florida. As set forth herein, Defendant was a manager or supervisor of one or more participants in the narcotics conspiracy, and Defendant maintained a premises for the purpose of manufacturing or distributing cocaine. Defendant agrees that, during the course of the conspiracy, he obtained over $500,000 in proceeds from narcotics trafficking.

**September 24, 2024**

Michel Garcia is a truck driver who transported cocaine and money for Defendant and other narcotics traffickers. Defendant recruited Garcia to be a driver and arranged for Garcia to meet members of the Mexican drug cartel in California. On September 24, 2024, Defendant met with Garcia on the shoulder of highway US-27 in Miami-Dade County, Florida. Garcia provided Defendant with multiple kilograms of cocaine, which Defendant placed in a hidden compartment of his vehicle. Defendant then returned to his residence in Hialeah, Florida (the "Hialeah Residence") and transferred the cocaine from his vehicle to his Hialeah Residence. Later that same day, Alberto Gonzalez purchased approximately one kilogram of cocaine from Defendant at his Hialeah Residence; Defendant had purchased this kilogram from Garcia earlier that day. Law enforcement subsequently seized the cocaine from the trunk of Gonzalez's vehicle. The Drug Enforcement Administration laboratory confirmed the substance seized was approximately 1013.7 grams of cocaine.

**January 31, 2025**

Elvis Alfonso is a truck driver who transported cocaine and money for Defendant and other narcotics traffickers.  On January 31, 2025, Defendant provided Alfonso with approximately $100,020 in U.S. currency to transport to Mexico as payment for cocaine.  On that day, law enforcement surveilled Defendant and Alfonso in Miami, Florida, and observed Defendant transfer a box, later determined to contain the $100,020 in U.S. currency, to Alfonso.  Alfonso placed the box in the trunk of a Toyota and later transferred the box to the cab of his semi-truck.  Law enforcement subsequently searched the semi-truck, which was being driven by Alfonso, in Miami, Florida, and seized from the cab of the semi-truck two vacuum sealed bags of U.S. currency, totaling $100,020.  After the seizure, Alfonso called Defendant to notify him of the seizure.

**May 22 and 23, 2025**

In mid- to late May 2025, Defendant arranged with the Mexican drug cartel a delivery of cocaine by Michel Garcia to Defendant.  From the late-night hours of May 22, 2025, through the early morning hours of May 23, 2025, in Lake City, Florida, law enforcement stopped and searched a semi-truck being driven by Garcia.  The semi-truck was hauling a vehicle carrier trailer with numerous vehicles.  Law enforcement seized from one of the vehicles approximately 28.5 kilograms (with packaging) of suspected cocaine.  Law enforcement also seized approximately $111,580 from the cab of the semi-truck, which $111,580 was the proceeds of narcotics trafficking.  The day after the seizure, Defendant traveled from Miami-Dade County to Lake City, Florida to speak with Garcia in person.  Garcia told Defendant details about the seizure, which Defendant subsequently relayed on an intercepted phone call.  Defendant contacted members of the Mexican drug cartel to notify them of the seizure.  The Drug

Enforcement Administration laboratory confirmed the substance seized from Garcia was approximately 20.11 kilograms of cocaine.

**August 5, 2025**

In July and August 2025, law enforcement intercepted numerous calls where Defendant discussed with Juan Miguel Torna Rojas and William Padron Perez narcotics trafficking and the payment of a prior narcotics-related debt. Defendant arranged to purchase approximately one kilogram of cocaine from Torna Rojas and Padron Perez in Miami-Dade County on August 5, 2025. While Defendant was en route to meet with Torna Rojas and Padron Perez to purchase the cocaine, law enforcement stopped their vehicle and seized approximately 1011.7 grams of cocaine, as confirmed by the Drug Enforcement Administration laboratory.

**August 6, 2025**

Renier Mendez is a truck driver who transported cocaine and money for Defendant and other narcotics traffickers. Defendant hired Mendez as a driver to transport narcotics and introduced Mendez to members of the Mexican drug cartel from whom Defendant purchased cocaine. Mendez recruited additional drivers for the conspiracy. Law enforcement intercepted numerous phone calls where Defendant and Mendez discussed, in coded language, narcotics transportation and trafficking. For example, in early August 2025, in an intercepted call, Defendant and Mendez discussed that Defendant needed to pay Mendez over $100,000 for transportation of narcotics. On August 6, 2025, Defendant provided Mendez with approximately $29,000 in U.S. currency as payment for narcotics trafficking. Law enforcement subsequently seized the $29,000 from Mendez.

**August 25 and 27, 2025**

In late August 2025, law enforcement intercepted phone calls in which Defendant spoke

with Yaniel Cardenal Frias and Alfredo Miranda and arranged to purchase cocaine from Cardenal Frias, and, in turn, sell cocaine to Miranda. On August 24 and 25, 2025, Cardenal Frias and Jorge Herrero Gamez brought at least 17 kilograms of cocaine to Defendant's Hialeah Residence. Defendant agreed to pay Cardenal Frias and Herrero Gamez $12,000 per kilogram for the cocaine. Defendant determined that he would sell 16 kilograms of cocaine to Miranda for $13,000 per kilogram. On August 25, 2025, Defendant went to Miranda's residence, delivered approximately 16 kilograms of cocaine to Miranda, and received from Miranda payment for the cocaine. Defendant instructed Cardenal Frias and Herrero Gamez to meet him at his Hialeah Residence for payment. Defendant then met with Cardenal Frias and Herrero Gamez at his Hialeah Residence. In sum, Defendant paid Cardenal Frias and Herrero Gamez over $200,000 for the cocaine.

After Cardenal Frias and Herrero Gamez left Defendant's Hialeah Residence, law enforcement stopped their vehicle. Law enforcement observed a large bundle of U.S. currency in plain view near the front center console and seized it. Law enforcement intercepted a phone call where Cardenal Frias accused Defendant of setting Cardenal Frias up, but stated that law enforcement did not seize all of the currency. Law enforcement then observed Herrero Gamez hide in a bathroom trash can a backpack, which law enforcement seized and which contained the remainder of the currency. Law enforcement seized approximately $204,280 in narcotics proceeds from the vehicle and trash can.

On August 27, 2025, law enforcement executed a federal search warrant at Miranda's residence. Law enforcement seized from a portable bathroom located in the back yard 16.3 kilograms of cocaine (as confirmed by the Drug Enforcement Administration laboratory) that Miranda had purchased from Defendant. Law enforcement also seized additional cocaine and

approximately $41,056 in U.S. currency.  Defendant agrees that he does not have a claim to this $41,056.

**September 11, 2025**

By late August 2025, Defendant had moved out of the Hialeah Residence and Javier Garcia Mora was living there.  Garcia Mora had been sent to Miami by members of the Mexican drug cartel to monitor the cartel's interests in South Florida.  Defendant and Garcia Mora were jointly selling narcotics from the Hialeah Residence.

On September 11, 2025, law enforcement intercepted numerous phone calls between Defendant and Ricardo Oramas Valdes regarding the purchase of four kilograms of cocaine. That evening, law enforcement observed Oramas Valdes and Daniel Torres arrive at the Hialeah Residence in a vehicle driven by Torres.  Defendant and Garcia Mora exited the Hialeah Residence with a bucket containing cocaine, and Defendant placed the bucket in the back seat of the vehicle.  Law enforcement subsequently stopped the vehicle and seized the cocaine, confirmed by the Drug Enforcement Administration to be 4,202 grams of cocaine.

**September 16, 2025**

On September 7, 2025, Defendant and Garcia Mora received approximately 25 kilograms of cocaine at the Hialeah Residence from the Mexican drug cartel.  The cocaine was delivered by a co-conspirator from Orlando, Florida.  On September 16, 2025, law enforcement executed a search warrant at the Hialeah Residence and seized what was later confirmed by a Drug Enforcement Administration laboratory to be 19.1 kilograms of cocaine.

[THIS SPACE INTENTIONALLY LEFT BLANK]

The United States and the Defendant agree that these facts, which do not include all of the facts known to the United States and to the Defendant, are sufficient to prove beyond a reasonable doubt the Defendant's guilt as to the crime of Conspiracy to Distribute and Possess with Intent to Distribute Cocaine, in violation of Title 21, United States Code, Section 846.

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

Date: 1|5|26                 By: _____
                                 DAYA NATHAN
                                 ASSISTANT UNITED STATES ATTORNEY

Date: 1/5/26                 By: _____
                                 JEAN-PIERRE GILBERT
                                 ATTORNEY FOR DEFENDANT

Date: 1-5-26                 By: _____
                                 REINALDO FERNANDEZ
                                 DEFENDANT