**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-CR-20438-GAYLES(s)**

**UNITED STATES OF AMERICA**

**v.**

**REINALDO FERNANDEZ,**
        **a/k/a "Bolo,"**
        **a/k/a "Rey,"**
**JAVIER GARCIA-MORA,**
**MICHEL GARCIA,**
        **a/k/a "Cassi Clay,"**
**RENIER MENDEZ,**
**ELVIS ALFONSO,**
**ALFREDO MIRANDA,**
**YANIEL CARDENAL FRIAS,**
**ALBERTO GONZALEZ,**
**DANIEL GERARDO TORRES, and**
**JORGE VICTOR HERRERO GAMEZ,**

        **Defendants.**
_____/

**GOVERNMENT'S SIXTH RESPONSE TO**
**THE STANDING DISCOVERY ORDER**

The United States hereby files its fourth response to the Standing Discovery Orders entered

in this case.[1]  This response also complies with Local Rule 88.10 and Federal Rule of Criminal

Procedure 16.

The United States has made, or has made available, the following discovery productions to

all Defendants.  These productions are confidential and are subject to the Protective Orders [ECF

Nos. 39, 68, 100, 112, 167] entered in this case. Additionally, each Defendant's prior criminal

record and Florida Driver and Vehicle Information Database record has been produced to their

---

[1] Orders were entered individually on various dates when Defendants appeared for their respective
arraignments.

respective counsel.

| Production Number | Date | General Summary of Contents |
| --- | --- | --- |
| Production 1 - CONFIDENTIAL | October 23, 2025 and thereafter (based on arraignment dates) | DEA-6 Reports; ATF Report; Subpoena Returns; Search Warrants; Title III Applications and Orders; Title III Intercepts |
| Production 2 - CONFIDENTIAL | November 18, 2025 | Subpoena Returns; Laboratory Reports; Surveillance Operational Pictures and Videos; Administrative Subpoena Returns; Pole Camera Footage; DEA-6 Report |
| Production 3 - CONFIDENTIAL | December 10, 2025 (sent via email) | State A-Forms; Subpoena Return; Seizure Forms |
| Production 3 – Supplemental - CONFIDENTIAL | December 10, 2025 (made available for review) | PRTT and Ping (GPS) Data (approximately 78 DVDs); Pole Camera Footage (over 1 terabyte); Cellular Telephone Extractions for William Padron Perez, "M.C.," Reinaldo Fernandez (#1 and #2), Javier Garcia-Mora, Yaniel Cardenal Frias, and Renier Mendez (#1) |
| Production 3 – Supplemental 2 - CONFIDENTIAL | December 11, 2025 (made available for review) | Cellular Telephone Extraction for Renier Mendez (#2) |
| Production 4 - CONFIDENTIAL | December 16, 2025 | Body Worn Camera from September 11, 2025; Cellular Telephone Extraction for Abandoned Phone Seized May 22-23, 2025 |
| Production 5 - CONFIDENTIAL | January 27, 2026 (uploaded to USA FX) | Subpoena Returns (Phone and Casino Records); DEA-6 Report; Citations |
| Production 6 - CONFIDENTIAL | February 24, 2026 (uploaded to USA FX) | Forfeiture-Related Court Documents; Search Warrant; Hialeah Police Department Report |
| Production 7 - CONFIDENTIAL | March 24, 2026 (uploaded to USA FX) | Body Worn Camera from August 6, 2025; Hialeah Citation; NIBIN |

In addition, on October 10, 2025, the United States sent, via secure email, to counsel for Defendant Yaniel Cardenal Frias discovery Bates labeled CARDENAL_00001 through CARDENAL_00039.

Indices for the productions referenced in the table above have been provided to counsel via

e-mail.  Please contact the undersigned Assistant United States Attorney if any documents or pages are missing.

The United States continues to collect evidence from investigating agencies and anticipates additional discovery productions to defense counsel.

Respectfully Submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY


By:    */s/ Daya Nathan*
Daya Nathan
Assistant United States Attorney
Florida Bar No. 74392
United States Attorney's Office
99 NE 4th Street, 8th Floor
Miami, FL 33132
Tel.: 305-961-9147
Email: daya.nathan@usdoj.gov

3