**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-20438-CR-GAYLES**

**UNITED STATES OF AMERICA,**

   **Plaintiff,**

**v.**

**REINALDO FERNANDEZ, et. al.,**

   **Defendant.**

_____/

**<u>MOTION TO CONTINUE SENTENCING</u>**

Reinaldo Fernandez, through undersigned counsel, hereby files this Unopposed Motion to Continue Sentencing for sixty (60) days and in support thereof states:

1. On January 5, 2026, Mr. Fernandez entered a guilty plea to Count 1 of the Superseding Indictment in this matter which charged him with Conspiracy to Distribute Possess with Intent to Distribute a Controlled Substance, in violation of Title 21, United States Code, Section 846. DE:139

2. Sentencing is currently scheduled for April 2, 2026 at 10:30 AM. DE:142

3. This matter involves eleven other co-defendants, three of whom remain in active litigation.

4. Mr. Fernandez seeks a continuance until the remaining co-defendants have resolved their matters in this case.

5. Undersigned counsel has conferred with Assistant United States Attorney Daya Nathan and she has advised that she has no objection to this motion.

WHEREFORE, undersigned counsel respectfully requests that this Court grant this Unopposed Motion to Continue Sentencing in this matter for sixty (60) days.

Respectfully submitted,

HECTOR A. DOPICO
FEDERAL PUBLIC DEFENDER

BY:    /s/***Jean-Pierre Gilbert***
       Jean-Pierre Gilbert
       Assistant Federal Public Defender
       Special A Number: A5502879
       150 West Flagler Street, Suite 1700
       Miami, Florida 33130-1556
       Tel: 305-530-7000
       Fax: 305-536-4559
       Jean-Pierre_Gilbert@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on April 1, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/Jean-Pierre Gilbert*
Jean-Pierre Gilbert