**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-CR-20438-DPG**

**UNITED STATES OF AMERICA**

**vs.**

**REINALDO FERNANDEZ, et al.,**

   **Defendants.**

_____/

## UNITED STATES OF AMERICA'S NOTICE OF REASSIGNMENT

The undersigned Assistant United States Attorney, Sandra Demirci, hereby appears as counsel for the United States of America regarding any forfeiture issues in the above-styled case. The prior forfeiture counsel for the United States, Assistant United States Attorney Gabrielle Raemy Charest-Turken, is no longer counsel of record for the United States in this case.

Respectfully submitted,

**JASON A. REDING QUIÑONES**
**UNITED STATES ATTORNEY**

By:   *s/ Sandra Demirci*
Sandra Demirci
Special Court ID A5503244
Assistant United States Attorney
500 East Broward Boulevard
Fort Lauderdale, FL 33394
Telephone: (954) 660-5959
Email: sandra.demirci@usdoj.gov
*Counsel for the United States of America*